

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-20-00553-CV

**IN THE INTEREST OF A.Z.F.,** a child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08725
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellee's, I.G.F.'s Motion to Extend Time to File Brief is GRANTED. The appellee's brief is due September 30, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court